In the Matter of the Application of the CITY OF NEW YORK, Respondent, for a Peremptory Writ of Mandamus against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Matter of City of New York* v. *New York Central R. R. Co.*, 168 App. Div. 6, affirmed.

(Argued November 17, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1915, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to repair bridges over its tracks in the borough of The Bronx. The legal question involved is whether the New York Central Railroad Company, with respect to these bridges, is relieved of the obligations imposed by section 93 of the Railroad Law by virtue of the provisions of section 1 of chapter 645 of the Laws of 1897.

*George H. Walker, Crosby J. Beakes* and *Alexander S. Lyman* for appellant.

*Lamar Hardy, Corporation Counsel* (*Samuel J. Rosensohn* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ. Not voting: HISCOCK, J.